IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
In Admiralty
CIVIL ACTION NO. 7:22-cv-47-D

JAN BRITT LYNN, Administratrix of the )
Estate of Megan Allison Lynn, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　) **ENTRY OF DEFAULT**
　　　　　　　　　　　　　　　　　　　　)
FERSTER ELECTRIC, LLC, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant　　　　　　　)

THAT WHEREAS, it has been made to appear to the undersigned Clerk of the United States District Court for the Eastern District of North Carolina, upon Affidavit that Summons and Complaint in this action were served on the Defendant, Matthew E. Ferster, Registered Agent for Ferster Electric, LLC on March 29, 2022 and the time with which to answer or otherwise plead has expired, said time has not been extended and no answer or other pleading has been filed by the Defendant and the Defendant has not otherwise appeared to defend this action;

AND, that the Defendant is otherwise subject to Entry of Default as provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

NOW, THEREFORE, Entry of Default is hereby entered against Ferster Electric, LLC, as provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

This the **21** day of **September**, 2022.

　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court
　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina